**Fill in this information to identify your case and this filing:**

Debtor 1    **Gustavo**      **A.**      **Hermosillo**
First Name      Middle Name      Last Name

Debtor 2    **Yvette**      **L.**      **Hermosillo**
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-51488**
(if known)

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**59 Volterra, San Antonio, Tx 78258**

**Bexar**
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$500,000.00        $500,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................** ➔   **$500,000.00**

## Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Make: | **Range Rover** | Check one. | |
| Model: | _____ | ☐ Debtor 1 only | |
| Year: | **2012** | ☐ Debtor 2 only | |
| Approximate mileage: | **100,000** | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | | ☐ At least one of the debtors and another | **$20,000.00** / **$20,000.00** |
| Other information: | | | |
| **2012 Range Rover (approx. 100000 miles)** | | ☐ Check if this is community property (see instructions) | |

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Make: | **Ford** | Check one. | |
| Model: | **F-150** | ☐ Debtor 1 only | |
| Year: | **2010** | ☐ Debtor 2 only | |
| Approximate mileage: | **125,000** | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | | ☐ At least one of the debtors and another | **$15,000.00** / **$15,000.00** |
| Other information: | | | |
| **2010 Ford F-150 (approx. 125000 miles)** | | ☐ Check if this is community property (see instructions) | |

| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Make: | **Ford** | Check one. | |
| Model: | **F-450** | ☐ Debtor 1 only | |
| Year: | **2008** | ☐ Debtor 2 only | |
| Approximate mileage: | _____ | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | | ☐ At least one of the debtors and another | **$9,000.00** / **$9,000.00** |
| Other information: | | | |
| **2008 Ford F-450** | | ☐ Check if this is community property (see instructions) | |

| 3.4. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Make: | **Ford** | Check one. | |
| Model: | **Ranger** | ☐ Debtor 1 only | |
| Year: | **2007** | ☐ Debtor 2 only | |
| Approximate mileage: | _____ | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | | ☐ At least one of the debtors and another | **$3,500.00** / **$3,500.00** |
| Other information: | | | |
| **2007 Ford Ranger** | | ☐ Check if this is community property (see instructions) | |

| 3.5. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Make: | **Chevrolet** | Check one. | |
| Model: | **Silverado** | ☐ Debtor 1 only | |
| Year: | **2011** | ☐ Debtor 2 only | |
| Approximate mileage: | _____ | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | | ☐ At least one of the debtors and another | **$7,000.00** / **$7,000.00** |
| Other information: | | | |
| **2011 Chevrolet Silverado** | | ☐ Check if this is community property (see instructions) | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here......................................➔   **$54,500.00**

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.    **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe.....   **(4) bedrooms, living room, dining room, family room, office, breakfast room, china, kitchen ware, appliances, piano**                     $11,000.00

7.    **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes. Describe.....   **televisions (6), stereo, computer, printer, cell phones**      $2,500.00

8.    **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes. Describe.....

9.    **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☒ Yes. Describe.....   **golf clubs, ping pong table, bicycles, tennis reckets, hockey equipment**      $500.00

10.   **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes. Describe.....

11.   **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe.....   **mens & women's clothing**      $3,000.00

12.   **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes. Describe.....   **wedding rings, engagement rings, watches, earrings, bracelets**      $10,000.00

13.   **Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☒ Yes. Describe.....   **dogs (2)**      $100.00

14.   **Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Give specific information............

15.   Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here..................................................................➔   $27,100.00

## Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes............................................................................................................... Cash: ........................... **$50.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes...........................    Institution name:

    | | | | |
    |---|---|---|---|
    | 17.1. | Checking account: | **Security Service 9071** | **($1,408.00)** |
    | 17.2. | Checking account: | **Chase - Personal 0285** | **$74.70** |
    | 17.3. | Savings account: | **Chase - personal** | **$0.00** |
    | 17.4. | Other financial account: | **First Mark - Personal** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☑ No
    ☐ Yes...........................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes.  Give specific information about them...........................

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | **Redonde Tile & Stone LLC** | **100%** | **$0.00** |
    | **Forza Construction** | **100%** | **$0.00** |
    | **Redondo Tile (Mexico)** | **100%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes.  Give specific information about them...........................    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes.  List each account separately.    Type of account:    Institution name:

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes............................ Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes............................ Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes............................ Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes.  Give specific
information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes.  Give specific
information about them

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes.  Give specific
information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No

☐ Yes.  Give specific information
about them, including whether
you already filed the returns
and the tax years.....................

Federal:_____

State: _____

Local: _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes.  Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement:_____

Property settlement:_____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes.  Give specific information                                    _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☒ Yes.  Name the insurance
company of each policy
and list its value..............    Company name:          Beneficiary:          Surrender or refund value:

**Gerber Life**          **Daniella**          $0.00

**Gerber Life**          **Fernando**          $0.00

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☒ No
☐ Yes.  Give specific information                                    _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☒ Yes.  Describe each claim........   **made a claim against Gabriel Estrada in Mexico**          **$4,500.00**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☒ No
☐ Yes.  Describe each claim........                                    _____

**35. Any financial assets you did not already list**

☒ No
☐ Yes.  Give specific information                                    _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4.  Write that number here....................................................................➜**          **$3,216.70**

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☒ Yes.  Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No
☐ Yes.  Describe..                                    _____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☐ No
☒ Yes.  Describe..   **office furniture, computer, fax, copier, telephone**          **$2,000.00**

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe..

41. **Inventory**

☐ No

☑ Yes. Describe..  **tile**                                                                      **$0.00**

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe.....  Name of entity:                        % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

       ☐ No

       ☐ Yes. Describe.....

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................. ➔   **$2,000.00**

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.

☐ Yes.  Go to line 47.

                                                                          **Current value of the portion you own?**
                                                                          Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes....

48. **Crops--either growing or harvested**

☑ No

☐ Yes.  Give specific
information................

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes....

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
information................

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**................................................................................................... ➔ | $0.00 |

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54. Add the dollar value of all of your entries from Part 7. Write that number here**.............................................. ➔ | $0.00 |

## Part 8:   List the Totals of Each Part of this Form

**55. Part 1: Total real estate, line 2**................................................................................................... ➔   $500,000.00

**56. Part 2: Total vehicles, line 5**                                    $54,500.00

**57. Part 3: Total personal and household items, line 15**          $27,100.00

**58. Part 4: Total financial assets, line 36**                        $3,216.70

**59. Part 5: Total business-related property, line 45**              $2,000.00

**60. Part 6: Total farm- and fishing-related property, line 52**        $0.00

**61. Part 7: Total other property not listed, line 54**           +     $0.00

**62. Total personal property.**   Add lines 56 through 61.................. | $86,816.70 |   Copy personal
property total  ➔   +   $86,816.70

**63. Total of all property on Schedule A/B.**   Add line 55 + line 62............................................................ | $586,816.70 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gustavo** | **A.** | **Hermosillo** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yvette** | **L.** | **Hermosillo** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-51488**
(if known)

☐ Check if this is an
amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt
04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **59 Volterra**<br>Line from *Schedule A/B*: **1.1** | $500,000.00 | ☑ $198,562.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **2012 Range Rover (approx. 100000 miles)**<br>Line from *Schedule A/B*: **3.1** | $20,000.00 | ☑ $12,043.31<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☑ No
       ☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2010 Ford F-150 (approx. 125000 miles)**<br><br>Line from *Schedule A/B*: ___**3.2**___ | **$15,000.00** | ☑ **$10,457.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2008 Ford F-450**<br><br>Line from *Schedule A/B*: ___**3.3**___ | **$9,000.00** | ☑ **$196.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2007 Ford Ranger**<br><br>Line from *Schedule A/B*: ___**3.4**___ | **$3,500.00** | ☑ **$3,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**(4) bedrooms, living room, dining room, family room, office, breakfast room, china, kitchen ware, appliances, piano**<br>Line from *Schedule A/B*: ___**6**___ | **$11,000.00** | ☑ **$11,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**televisions (6), stereo, computer, printer, cell phones**<br><br>Line from *Schedule A/B*: ___**7**___ | **$2,500.00** | ☑ **$2,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**golf clubs, ping pong table, bicycles, tennis reckets, hockey equipment**<br>Line from *Schedule A/B*: ___**9**___ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**mens & women's clothing**<br><br>Line from *Schedule A/B*: ___**11**___ | **$3,000.00** | ☑ **$3,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**wedding rings, engagement rings, watches, earrings, bracelets**<br>Line from *Schedule A/B*: ___**12**___ | **$10,000.00** | ☑ **$10,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**dogs (2)**<br><br>Line from *Schedule A/B*: ___**13**___ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Gerber Life**<br><br>Line from *Schedule A/B*:    **31** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Gerber Life**<br><br>Line from *Schedule A/B*:    **31** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**office furniture, computer, fax, copier, telephone**<br>Line from *Schedule A/B*:    **39** | **$2,000.00** | ☑ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

IN RE:   **Gustavo A. Hermosillo**                                      CASE NO   **17-51488**
         **Yvette L. Hermosillo**

                                                                        CHAPTER   **7**

## TOTALS BY EXEMPTION LAW

| Exemption Law | Husband | Wife | Joint | Community | N/A | Exemption Total | Market Value Total |
|---|---|---|---|---|---|---|---|
| Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $0.00 | $0.00 | $0.00 | $198,562.00 | $0.00 | $198,562.00 | $500,000.00 |
| Tex. Ins. Code §§ 1108.001, 1108.051 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $0.00 | $0.00 | $14,000.00 | $0.00 | $0.00 | $14,000.00 | $14,000.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) | $0.00 | $0.00 | $100.00 | $0.00 | $0.00 | $100.00 | $100.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $0.00 | $0.00 | $2,000.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $0.00 | $0.00 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $0.00 | $0.00 | $10,000.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $0.00 | $0.00 | $26,196.31 | $0.00 | $0.00 | $26,196.31 | $47,500.00 |

| Debtor 1 | **Gustavo** | **A.** | **Hermosillo** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Yvette** | **L.** | **Hermosillo** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number: **17-51488**
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:** **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | Describe the property that secures the claim: | $7,956.69 | $20,000.00 | |
|---|---|---|---|---|

**Bank of America**
Creditor's name
**P. O. Box 45224**
Number    Street

**2012 Range Rover**

_____

**Jacksonville      FL    32232-5224**
City            State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number**    **9    5    2    8**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $7,956.69 |
|---|

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

### 2.2

**FirstMark Credit Union**
Creditor's name
**P. O. Box 701650**
Number    Street

Describe the property that secures the claim:

**F-450**

| $8,804.00 | $9,000.00 | |

**San Antonio    TX    78270**
City          State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    3   0   1   9

### 2.3

**FirstMark Credit Union**
Creditor's name
**P. O. Box 701650**
Number    Street

Describe the property that secures the claim:

**2010 Ford F-150 (approx. 125000 miles)**

| $4,543.00 | $15,000.00 | |

**San Antonio    TX    78270**
City          State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number    3   0   1   9

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $13,347.00 |

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.4**

**IBC**
Creditor's name
**PO Box 659808**
Number      Street



**San Antonio      TX    78265**
City                    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**homestead**

$41,005.00     $500,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Second lien**

**Last 4 digits of account number**    **5   3   3   5**

**2.5**

**Wells Fargo**
Creditor's name
**PO Box 10335**
Number      Street



**Des Moines      IA    50306**
City                    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**homestead**

$260,433.00     $500,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number**    **5   9   3   8**

**Add the dollar value of your entries in Column A on this page. Write that number here:**

$301,438.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

$322,741.69

| | | | |
|---|---|---|---|
| Debtor 1 | **Gustavo** | **A.** | **Hermosillo** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yvette** | **L.** | **Hermosillo** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-51488**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $13,000.00 | $13,000.00 | $0.00 |

| | |
|---|---|
| **Comptroller of Public Accounts** <br> Priority Creditor's Name <br> **P. O. Box 13528** <br> Number          Street <br> _____ <br><br> **Austin                    TX        78711-3528** <br> City                          State      ZIP Code <br> **Who incurred the debt?**   Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☑ At least one of the debtors and another <br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | **Last 4 digits of account number** ___ ___ ___ ___ <br> **When was the debt incurred?** _____ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☑ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br><br> **Type of PRIORITY unsecured claim:** <br> ☐ Domestic support obligations <br> ☑ Taxes and certain other debts you owe the government <br> ☐ Claims for death or personal injury while you were intoxicated <br> ☐ Other.  Specify _____ |

## Part 1:   Your PRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.2 | $50,866.00 | $0.00 | $50,866.00 |

**Internal Revenue Service**
Priority Creditor's Name

**P. O. Box 7346**
Number       Street

**Philadelphia          PA      19101-7346**
City                           State      ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   **2011, 2012, 2013, 2014**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
| --- | --- |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
| --- | --- |

| 4.1 | | **$426.21** |
| --- | --- | --- |

**AAIR Stone Oak**
Nonpriority Creditor's Name
**19260 Stone Oak Pkwy Ste. 101**
Number         Street

**San Antonio**              **TX**       **78258-3370**
City                         State     ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **7    8    7    5**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit**

| 4.2 | | **$341.21** |
| --- | --- | --- |

**AAIR Stone Oak**
Nonpriority Creditor's Name
**19260 Stone Oak Pkwy Ste. 101**
Number         Street

**San Antonio**              **TX**       **78258-3370**
City                         State     ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **7    8    3    2**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3
**$8,525.42**

**American Express**
Nonpriority Creditor's Name
**PO Box 981535**
Number        Street

**El Paso**              **TX**    **79998-1535**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1**  **3**  **6**  **5**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Contingent Corporate Debt of Forza Construction**

### 4.4
**$17,434.21**

**American Express**
Nonpriority Creditor's Name
**PO Box 981535**
Number        Street

**El Paso**              **TX**    **79998-1535**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **2**  **7**  **0**  **6**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Contingent Corporate Debt of Redondo Tile**

### 4.5
**$42,293.93**

**American Express**
Nonpriority Creditor's Name
**PO Box 981535**
Number        Street

**El Paso**              **TX**    **79998-1535**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4**  **5**  **2**  **3**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Contingent Corporate Debt of Redondo Tile**

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
|---|---|

| 4.6 |  | **$13,899.23** |
|---|---|---|

**American Express**
Nonpriority Creditor's Name
**PO Box 981535**
Number        Street

_____

**El Paso          TX      79998-1535**
City                     State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8  6  8  1**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit**

| 4.7 |  | **$231.00** |
|---|---|---|

**American Express**
Nonpriority Creditor's Name
**Global Merchant Services**
Number        Street
**P. O. Box 299051**

_____

**Ft. Lauderdale      FL      33329-9051**
City                     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Contingent Corporate Debt of Redondo Tile & Stone**

| 4.8 |  | **$25,849.82** |
|---|---|---|

**Arcomex**
Nonpriority Creditor's Name
**Desviacion A Bane KM 1 S/N**
Number        Street
**Colonia Bane**

_____

**Aculco Estado de      MX      50381**
City                     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Contingent Corporate Debt of Redondo Tile & Stone**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.9 | |
|---|---|

**$3,500.00**

**Arte en Cantera**
Nonpriority Creditor's Name
**2900 N. McColl**
Number　　Street

**McAllen　　　　　TX　　78501**
City　　　　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**　__ __ __ __
**When was the debt incurred?**　_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify　**Contingent Corporate Debt of Redondo Tile**

| 4.10 | |
|---|---|

**$9,999.20**

**BBVA Compass**
Nonpriority Creditor's Name
**PO Box 2210**
Number　　Street

**Decatur　　　　　AL　　35699**
City　　　　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**　2　5　9　7
**When was the debt incurred?**　_____

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify　**Contingent Corporate Debt of Redondo Tile & Stone**

| 4.11 | |
|---|---|

**$39,803.34**

**BBVA Compass**
Nonpriority Creditor's Name
**PO Box 11830**
Number　　Street

**Birmingham　　　　AL　　35202**
City　　　　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**　2　6　3　3
**When was the debt incurred?**　_____

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify　**Contingent Corporate Debt of Redondo Tile & Stone**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.12

**$2,728.42**

**Best Buy**
Nonpriority Creditor's Name
**PO Box 790441**
Number      Street

**ST. LOUIS          MO     63179**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   8   4   5   2
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit**

### 4.13

**$888.15**

**Bexar County Tax Assessor**
Nonpriority Creditor's Name
**P.O. Box 2903**
Number      Street
**San Antonio, TX 78299-2903**

**Attn: Albert Uresti**

City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   6   3   6   0
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Contingent Corporate Debt of Redondo Tile & Stone**

### 4.14

**$22,433.46**

**Chase**
Nonpriority Creditor's Name
**PO Box 15123**
Number      Street

**Wilmington          DE     19850-5123**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   3   3   5   5
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Contingent Corporate Debt of Redondo Tile & Stone**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.15**                                                                                   $1,468.49

**Chase**                                    Last 4 digits of account number   **4   2   9   1**
Nonpriority Creditor's Name
**PO Box 15123**                             **When was the debt incurred?** _____
Number        Street
                                             **As of the date you file, the claim is:** Check all that apply.
_____
                                             ☐ Contingent
                                             ☐ Unliquidated
**Wilmington          DE      19850-5123**   ☐ Disputed
City                 State   ZIP Code
**Who incurred the debt?** Check one.        **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ☑ Other. Specify
☐ **Check if this claim is for a community debt**    **Credit**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.16**                                                                                   $7,060.58

**Chase**                                    Last 4 digits of account number   **2   5   8   6**
Nonpriority Creditor's Name
**PO Box 15123**                             **When was the debt incurred?** _____
Number        Street
                                             **As of the date you file, the claim is:** Check all that apply.
_____
                                             ☐ Contingent
                                             ☐ Unliquidated
**Wilmington          DE      19850-5123**   ☐ Disputed
City                 State   ZIP Code
**Who incurred the debt?** Check one.        **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ☑ Other. Specify
☐ **Check if this claim is for a community debt**    **Credit**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.17**                                                                                   $51,399.55

**Chase**                                    Last 4 digits of account number   **5   0   0   2**
Nonpriority Creditor's Name
**P.O.Box 29550**                            **When was the debt incurred?** _____
Number        Street
**Mailcode AZ1-1004, 17th**                  **As of the date you file, the claim is:** Check all that apply.
_____
                                             ☐ Contingent
                                             ☐ Unliquidated
**Phoenix             AZ      85038**         ☐ Disputed
City                 State   ZIP Code
**Who incurred the debt?** Check one.        **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ☑ Other. Specify
☐ **Check if this claim is for a community debt**    **Credit**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.18**

**$17,039.27**

**Chase**
Nonpriority Creditor's Name

**PO Box 15298**
Number     Street

Last 4 digits of account number    8   6   4   5

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Wilmington          DE     19850**
City                State   ZIP Code

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit**

---

**4.19**

**$8,455.59**

**Chase**
Nonpriority Creditor's Name

**PO Box 15298**
Number     Street

Last 4 digits of account number    5   9   5   4

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Wilmington          DE     19850**
City                State   ZIP Code

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit**

---

**4.20**

**$8,491.72**

**Citi Cards**
Nonpriority Creditor's Name

**P. O. Box 6500**
Number     Street

Last 4 digits of account number    2   8   7   2

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Sioux Falls          SD     57117**
City                State   ZIP Code

Who incurred the debt?  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

---

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.21**

| | $4,422.59 |
|---|---|

**Citi Cards**

Nonpriority Creditor's Name

**P. O. Box 6500**

Number     Street

**Sioux Falls          SD      57117**

City                          State      ZIP Code

Last 4 digits of account number     **1   9   7   5**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

Who incurred the debt?   Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

**4.22**

| | $104.26 |
|---|---|

**Clinical Pathology Laboratories**

Nonpriority Creditor's Name

**P. O. Box 141669**

Number     Street

**Austin               TX      78714-1669**

City                          State      ZIP Code

Last 4 digits of account number     **6   0   1   9**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical Expenses**

Who incurred the debt?   Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

**4.23**

| | $1,407.00 |
|---|---|

**Convergent Outsourcing**

Nonpriority Creditor's Name

**P. O. Box 9004**

Number     Street

**Renton, WE 98057**

City                          State      ZIP Code

Last 4 digits of account number     __  __  __  __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **LVNV Funding**

Who incurred the debt?   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.24

**$320.43**

**Dillards**
Nonpriority Creditor's Name

**P O Box 10347**
Number   Street

**Des Moines**    **IA**   **50306**
City    State   ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

### 4.25

**$25,000.00**

**ESI Masonry Supply**
Nonpriority Creditor's Name

**2555 N. Interstate Hwy 35**
Number   Street

**Georgetown**    **TX**   **78628**
City    State   ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Contingent Corporate Debt of Redondo Tile & Stone**

### 4.26

**$362.44**

**Farmer's Insurance**
Nonpriority Creditor's Name

**PO Box 2847**
Number   Street

**Grand Rapids**    **MI**   **49501-2847**
City    State   ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   0   0   0   1

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Contingent Corporate Debt of Redondo Tile & Stone**

**Part 2:** Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.27 | | $27,554.25 |

**Garza Masonry Stone Inc**
Nonpriority Creditor's Name

**PO Box 27245**
Number        Street

_____

**San Antonio        TX        78227-0245**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number   R   0   0   3**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Contingent Corporate Debt of Forza Construction**

| 4.28 | | $6,229.77 |

**Garza Masonry Stone Inc**
Nonpriority Creditor's Name

**PO Box 27245**
Number        Street

_____

**San Antonio        TX        78227-0245**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number   D   0   0   1**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Contingent Corporate Debt of Redondo Tile**

| 4.29 | | $62.09 |

**Love Loft**
Nonpriority Creditor's Name

**Comenity Bank**
Number        Street

**P. O. Box 182125**

**Columbus        OH        43218**
City                State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number   1   7   8   8**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.30

**LSO**

Nonpriority Creditor's Name

**PO Box 149225**

Number        Street

_____

_____

**Austin**              **TX**    **78714**

City                State    ZIP Code

**$341.82**

Last 4 digits of account number  **0   8   2   5**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Contingent Corporate Debt of Redondo Tile & Stone**

### 4.31

**LTD Financial Services**

Nonpriority Creditor's Name

**7322 SW Freeway #1600**

Number        Street

_____

_____

**Houston**              **TX**    **77074**

City                State    ZIP Code

**$10,740.00**

Last 4 digits of account number  **3   6   3   7**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice Only**

### 4.32

**Roland Martinez**

Nonpriority Creditor's Name

**848 Rhapsody Dr.**

Number        Street

_____

_____

**San Antonio**          **TX**    **78216**

City                State    ZIP Code

**$28,000.00**

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Contingent Corporate Debt of Redondo Tile & Stone**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.33**

**$208.00**

**San Antonio Gastro Endo Ctr.**
Nonpriority Creditor's Name
**20650 Stone Oak Pkwy Ste. 105**
Number      Street

**San Antonio          TX     78258**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **6  8  9  0**
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify **Medical Expenses**

---

**4.34**

**$9,397.16**

**Sears**
Nonpriority Creditor's Name
**PO Box 6282**
Number      Street

**Sioux Falls          SD     57117-6282**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **7  8  6  6**
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify **Contingent Corporate Debt of Redondo Tile & Stone**

---

**4.35**

**$1,400.00**

**Security Service Federal Credit Union**
Nonpriority Creditor's Name
**P. O. Box 691510**
Number      Street

**San Antonio          TX     78269**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **9  0  7  1**
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify **Bank over draft**

## Part 2:　Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.36

**$3,066.17**

**Southeastern Freight Lines, Inc.**
Nonpriority Creditor's Name
**PO Box 100104**
Number　　　Street

Last 4 digits of account number　　5　6　3　9

When was the debt incurred?　＿＿＿＿＿＿

As of the date you file, the claim is: Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Columbia　　　SC　　29202-3104**
City　　　　　　State　　ZIP Code

Who incurred the debt?　Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Contingent Corporate Debt of Redondo Tile & Stone**

### 4.37

**$2,650.00**

**Southeastern Logistics Solution**
Nonpriority Creditor's Name
**1 C. Trotter Rd.**
Number　　　Street

Last 4 digits of account number　　2　7　9　4

When was the debt incurred?　＿＿＿＿＿＿

As of the date you file, the claim is: Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**West Columbia　　SC　　29169**
City　　　　　　State　　ZIP Code

Who incurred the debt?　Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Contingent Corporate Debt of Redondo Tile & Stone**

### 4.38

**$907.34**

**Synchrony Bank**
Nonpriority Creditor's Name
**PO Box 965061**
Number　　　Street

Last 4 digits of account number　　6　7　2　4

When was the debt incurred?　＿＿＿＿＿＿

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Orlando　　　FL　　32896-5061**
City　　　　　　State　　ZIP Code

Who incurred the debt?　Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Care Credit**

### Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.39**                                                                    **$96.34**

**Terminix**                          Last 4 digits of account number  **0   5   0   3**
Nonpriority Creditor's Name
**10022 IH 35 North**                 When was the debt incurred?  _____
Number        Street
                                      As of the date you file, the claim is: Check all that apply.
_____        ☐ Contingent
                                        ☐ Unliquidated
**San Antonio        TX      78233-6615**  ☐ Disputed
City                State   ZIP Code
Who incurred the debt?  Check one.    Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                         ☐ Student loans
☐ Debtor 2 only                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
Is the claim subject to offset?           **Pest Control**
☑ No
☐ Yes

**4.40**                                                                    **$290.64**

**Tiger Sanitation**                  Last 4 digits of account number  **9   5   8   9**
Nonpriority Creditor's Name
**P. O. Box 200143**                  When was the debt incurred?  _____
Number        Street
                                      As of the date you file, the claim is: Check all that apply.
                                        ☑ Contingent
                                        ☐ Unliquidated
**San Antonio        TX      78220**    ☐ Disputed
City                State   ZIP Code
Who incurred the debt?  Check one.    Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                         ☐ Student loans
☐ Debtor 2 only                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☑ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
Is the claim subject to offset?           **Contingent Corporate Debt of Redondo Tile & Stone**
☑ No
☐ Yes

**4.41**                                                                    **$1,192.59**

**Verizon Wireless**                  Last 4 digits of account number  **0   0   0   1**
Nonpriority Creditor's Name
**455 Duke Drive**                    When was the debt incurred?  _____
Number        Street
                                      As of the date you file, the claim is: Check all that apply.
                                        ☐ Contingent
                                        ☐ Unliquidated
**Franklin            TN      37067**   ☐ Disputed
City                State   ZIP Code
Who incurred the debt?  Check one.    Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                         ☐ Student loans
☐ Debtor 2 only                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
Is the claim subject to offset?           **Cellular Phone**
☑ No
☐ Yes

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**ARSI**
Name

**555 St. Charles Drive, Ste. 100**
Number        Street

**Thousand Oaks        CA        91360**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __4.26__  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __1__ __4__ __3__ __5__

---

**Degrasse & Rolnick**
Name

**1800 Bering Drive, Ste. 1000**
Number        Street

**Houston        TX        77057**
City                State        ZIP Code

**Collections for Amex Cards XXX365, XXX706, XXX523, XXX681**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __4.6__  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __0__ __7__ __3__ __5__

---

**Degrasse & Rolnick**
Name

**1800 Bering Drive, Ste. 1000**
Number        Street

**Houston        TX        77057**
City                State        ZIP Code

**Collections for Amex Cards XXX365, XXX706, XXX523, XXX681**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __4.5__  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __0__ __7__ __3__ __5__

---

**Degrasse & Rolnick**
Name

**1800 Bering Drive, Ste. 1000**
Number        Street

**Houston        TX        77057**
City                State        ZIP Code

**Collections for Amex Cards XXX365, XXX706, XXX523, XXX681**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __4.4__  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __0__ __7__ __3__ __5__

---

**Degrasse & Rolnick**
Name

**1800 Bering Drive, Ste. 1000**
Number        Street

**Houston        TX        77057**
City                State        ZIP Code

**Collections for Amex Cards XXX365, XXX706, XXX523, XXX681**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __4.3__  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __0__ __7__ __3__ __5__

**Part 3:    List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Drew Eckl & Farnham**
Name
**235 Peachtree St. NE Ste. 1900**
Number       Street


**Atlanta**                **GA**    **30303**
City                       State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.37**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Linebarger Goggan Blair & Sampson LLP**
Name
**711 Navarro Ste #300**
Number       Street


**San Antonio**            **TX**    **78205**
City                       State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for -Bexar**        ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**County**

Last 4 digits of account number  **6  3  6  0**

---

**Nationwide Credit Inc**
Name
**PO Box 14581**
Number       Street


**Des Moines**             **IA**    **50306-3581**
City                       State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.14**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **4  1  3  5**

---

**Rausch Sturm Israel Enerson Hornik LLC**
Name
**15660 N. Dallas Parkway, Suite 350**
Number       Street


**Dallas**                 **TX**    **75248**
City                       State    ZIP Code

**Collections for Sears**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.34**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **8  7  9  4**

---

**Robert S. Gitmeid & Assoc.Aty**
Name
**11 Broadway, Ste 1515**
Number       Street


**New York**               **NY**    **10004**
City                       State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Synter Resource Group. LLC**
Name
**5935 Rivers Ave, Ste 102**
Number       Street


**Charleston**             **SC**    **29406-6071**
City                       State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **6  4  1  4**

---

### Part 4:    Add the Amounts for Each Type of Unsecured Claim

6.    Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $63,866.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + $0.00 |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d. $63,866.00 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + $406,021.69 |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j. $406,021.69 |

| Debtor 1 | **Gustavo** | **A.** | **Hermosillo** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yvette** | **L.** | **Hermosillo** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-51488**
(if known)

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **Ernest Sable** | **12118 Redlion** |
| Name | **Contract to be ASSUMED** |
| | |
| Number    Street | |
| | |
| City                              State      ZIP Code | |

| | | | |
|---|---|---|---|
| Debtor 1 | **Gustavo** | **A.** | **Hermosillo** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yvette** | **L.** | **Hermosillo** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number   **17-51488**
(if known)

☐ Check if this is an
   amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No

   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.

   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No

   ☑ Yes

   In which community state or territory did you live?   **Texas**   Fill in the name and current address of that person.

   **Yvette L. Hermosillo**
   Name of your spouse, former spouse, or legal equivalent
   **59 Volterra**
   Number        Street

   **San Antonio**                    **TX**        **78258**
   City                               State       ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:* Your codebtor

   *Column 2:* The creditor to whom you owe the debt

   Check all schedules that apply:

   | 3.1 | **Forza Construction Inc.** |
   |---|---|
   | | Name |
   | | **12118 Radium St.** |
   | | Number        Street |

   **San Antonio**                    **TX**        **78216-2717**
   City                               State       ZIP Code

   ☐ Schedule D, line _____

   ☑ Schedule E/F, line   **4.3**

   ☐ Schedule G, line _____

   **American Express**

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.2**

**Forza Construction Inc.**
Name
**12118 Radium St.**
Number      Street

**San Antonio**          **TX**      **78216-2717**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.27**
☐ Schedule G, line _____
**Garza Masonry Stone Inc**

**3.3**

**Redondo Tile & Stone LLC**
Name
**12118 Radium St.**
Number      Street

**San Antonio**          **TX**      **78216**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.4**
☐ Schedule G, line _____
**American Express**

**3.4**

**Redondo Tile & Stone LLC**
Name
**12118 Radium St.**
Number      Street

**San Antonio**          **TX**      **78216**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.5**
☐ Schedule G, line _____
**American Express**

**3.5**

**Redondo Tile & Stone LLC**
Name
**12118 Radium St.**
Number      Street

**San Antonio**          **TX**      **78216**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.7**
☐ Schedule G, line _____
**American Express**

**3.6**

**Redondo Tile & Stone LLC**
Name
**12118 Radium St.**
Number      Street

**San Antonio**          **TX**      **78216**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.8**
☐ Schedule G, line _____
**Arcomex**

**3.7**

**Redondo Tile & Stone LLC**
Name
**12118 Radium St.**
Number      Street

**San Antonio**          **TX**      **78216**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.9**
☐ Schedule G, line _____
**Arte en Cantera**

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.8 | **Redondo Tile & Stone LLC** |
|---|---|

Name

**12118 Radium St.**

Number     Street

**San Antonio**        **TX**        **78216**

City        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.10**

☐ Schedule G, line _____

**BBVA Compass**

| 3.9 | **Redondo Tile & Stone LLC** |
|---|---|

Name

**12118 Radium St.**

Number     Street

**San Antonio**        **TX**        **78216**

City        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.11**

☐ Schedule G, line _____

**BBVA Compass**

| 3.10 | **Redondo Tile & Stone LLC** |
|---|---|

Name

**12118 Radium St.**

Number     Street

**San Antonio**        **TX**        **78216**

City        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.13**

☐ Schedule G, line _____

**Bexar County Tax Assessor**

| 3.11 | **Redondo Tile & Stone LLC** |
|---|---|

Name

**12118 Radium St.**

Number     Street

**San Antonio**        **TX**        **78216**

City        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.14**

☐ Schedule G, line _____

**Chase**

| 3.12 | **Redondo Tile & Stone LLC** |
|---|---|

Name

**12118 Radium St.**

Number     Street

**San Antonio**        **TX**        **78216**

City        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **2.1**

☐ Schedule G, line _____

**Comptroller of Public Accounts**

| 3.13 | **Redondo Tile & Stone LLC** |
|---|---|

Name

**12118 Radium St.**

Number     Street

**San Antonio**        **TX**        **78216**

City        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.25**

☐ Schedule G, line _____

**ESI Masonry Supply**

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.14**
**Redondo Tile & Stone LLC**
Name
**12118 Radium St.**
Number   Street

**San Antonio**   **TX**   **78216**
City   State   ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.26**
☐ Schedule G, line _____
**Farmer's Insurance**

**3.15**
**Redondo Tile & Stone LLC**
Name
**12118 Radium St.**
Number   Street

**San Antonio**   **TX**   **78216**
City   State   ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.28**
☐ Schedule G, line _____
**Garza Masonry Stone Inc**

**3.16**
**Redondo Tile & Stone LLC**
Name
**12118 Radium St.**
Number   Street

**San Antonio**   **TX**   **78216**
City   State   ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.30**
☐ Schedule G, line _____
**LSO**

**3.17**
**Redondo Tile & Stone LLC**
Name
**12118 Radium St.**
Number   Street

**San Antonio**   **TX**   **78216**
City   State   ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.32**
☐ Schedule G, line _____
**Roland Martinez**

**3.18**
**Redondo Tile & Stone LLC**
Name
**12118 Radium St.**
Number   Street

**San Antonio**   **TX**   **78216**
City   State   ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.34**
☐ Schedule G, line _____
**Sears**

**3.19**
**Redondo Tile & Stone LLC**
Name
**12118 Radium St.**
Number   Street

**San Antonio**   **TX**   **78216**
City   State   ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.36**
☐ Schedule G, line _____
**Southeastern Freight Lines, Inc.**

## Additional Page to List More Codebtors

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.20 | **Redondo Tile & Stone LLC** |
|---|---|

Name

**12118 Radium St.**

Number      Street

**San Antonio**          **TX**          **78216**

City                    State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.37**

☐ Schedule G, line _____

**Southeastern Logistics Solution**

| 3.21 | **Redondo Tile & Stone LLC** |
|---|---|

Name

**12118 Radium St.**

Number      Street

**San Antonio**          **TX**          **78216**

City                    State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line    **4.40**

☐ Schedule G, line _____

**Tiger Sanitation**

**Fill in this information to identify your case:**

| Debtor 1 | **Gustavo** | **A.** | **Hermosillo** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yvette** | **L.** | **Hermosillo** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-51488**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed | ☐ Employed |
| | ☐ Not employed | ☑ Not employed |
| **Occupation** | **Self Employed** | |
| **Employer's name** | | |
| **Employer's address** | _____ | _____ |
| | Number Street | Number Street |
| | _____ | _____ |
| | _____ | _____ |
| | City State Zip Code | City State Zip Code |
| **How long employed there?** | _____ | _____ |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| **3.** | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $0.00 |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................ → | 4. | $0.00 | $0.00 |
| **5.** **List all payroll deductions:** |  |  |  |
| 5a.  Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| 5b.  Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c.  Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d.  Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e.  Insurance | 5e. | $0.00 | $0.00 |
| 5f.  Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g.  Union dues | 5g. | $0.00 | $0.00 |
| 5h.  Other deductions.  Specify: _____ | 5h.+ | $0.00 | $0.00 |
| **6.** **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| **7.** **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |
| **8.** **List all other income regularly received:** |  |  |  |
| 8a.  **Net income from rental property and from operating a business, profession, or farm** | 8a. | $0.00 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |  |
| 8b.  **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |  |
| 8d.  **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e.  **Social Security** | 8e. | $0.00 | $0.00 |
| 8f.  **Other government assistance that you regularly receive** |  |  |  |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g.  **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h.  **Other monthly income.**  Specify:  selling tile & stone | 8h.+ | $7,800.00 | $0.00 |
| **9.** **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $7,800.00 | $0.00 |
| **10.** **Calculate monthly income.**  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $7,800.00  + | $0.00  =   $7,800.00 |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____                                                                                            11. +        $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12.     $7,800.00

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☑ No.     **None.**

☐ Yes. Explain:

| Debtor 1 | **Gustavo** | **A.** | **Hermosillo** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Yvette** | **L.** | **Hermosillo** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-51488** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent......................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Daughter** | **18** | ☐ No ☑ Yes |
   | **Son** | **14** | ☐ No ☑ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4.      **$3,103.00**

   If not included in line 4:

   4a. Real estate taxes      4a. _____

   4b. Property, homeowner's, or renter's insurance      4b. _____

   4c. Home maintenance, repair, and upkeep expenses      4c. _____

   4d. Homeowner's association or condominium dues      4d. **$83.00**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$300.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$31.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$200.00** |
| | 6d.  Other.  Specify: | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | **$500.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$150.00** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$80.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$0.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | **$10.00** |
| | 15b.  Health insurance | 15b. | **$885.00** |
| | 15c.  Vehicle insurance | 15c. | **$292.00** |
| | 15d.  Other insurance.  Specify:  **accidental** | 15d. | **$55.00** |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | **$200.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | **$884.00** |
| | 17b.  Car payments for Vehicle 2 | 17b. | **$454.00** |
| | 17c.  Other.  Specify: | 17c. | **$204.00** |
| | 17d.  Other.  Specify: | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | |
| 20b. | Real estate taxes | 20b. | |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | |
| 20e. | Homeowner's association or condominium dues | 20e. | |

**21. Other.** Specify: _____    21. **+** _____

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$7,931.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$7,931.00** |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$7,800.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **–** | **$7,931.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($131.00)** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:
**None.**

| Fill in this information to identify your case: |

**Fill in this information to identify your case:**

| Debtor 1 | **Gustavo** | **A.** | **Hermosillo** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Yvette** | **L.** | **Hermosillo** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-51488**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Gustavo A. Hermosillo**
Gustavo A. Hermosillo, Debtor 1

Date **07/20/2017**
MM / DD / YYYY

X **/s/ Yvette L. Hermosillo**
Yvette L. Hermosillo, Debtor 2

Date **07/20/2017**
MM / DD / YYYY

| Debtor 1 | **Gustavo** | **A.** | **Hermosillo** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yvette** | **L.** | **Hermosillo** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-51488**
(if known)

☐ Check if this is an
amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | _____ | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br><br>(January 1 to December 31, **2016** )<br>YYYY | ☐ Wages, commissions, bonuses, tips | _____ | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, **2015** )<br>YYYY | ☐ Wages, commissions, bonuses, tips | **$16,949.00** | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☒ Operating a business | | ☐ Operating a business | |
| | Debtor 1 | | Debtor 2 | |
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | _____ | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br><br>(January 1 to December 31, **2016** )<br>YYYY | ☐ Wages, commissions, bonuses, tips | _____ | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, **2015** )<br>YYYY | ☐ Wages, commissions, bonuses, tips | **$95,500.00** | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☒ Operating a business | | ☐ Operating a business | |

**5.   Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☑ No

☐ Yes.  Fill in the details.

---

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Wells Fargo** <br> Creditor's name | | | $260,433.00 | ☑ Mortgage <br> ☐ Car |
| **PO Box 10335** <br> Number     Street | | | | ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors |
| **Des Moines**       **IA**     **50306** <br> City       State     ZIP Code | | | | ☐ Other _____ |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **IBC** <br> Creditor's name | | | $41,005.00 | ☑ Mortgage <br> ☐ Car |
| **PO Box 659808** <br> Number     Street | | | | ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors |
| **San Antonio**       **TX**     **78265** <br> City       State     ZIP Code | | | | ☐ Other _____ |

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|

**FirstMark Credit Union**
Creditor's name

**P. O. Box 701650**
Number    Street

**San Antonio**     **TX**    **78270**
City        State    ZIP Code

Amount you still owe: **$8,804.00**

Was this payment for...
- ☐ Mortgage
- ☑ Car
- ☐ Credit card
- ☐ Loan repayment
- ☐ Suppliers or vendors
- ☐ Other _____

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|

**FirstMark Credit Union**
Creditor's name

**P. O. Box 701650**
Number    Street

**San Antonio**     **TX**    **78270**
City        State    ZIP Code

Amount you still owe: **$4,543.00**

Was this payment for...
- ☐ Mortgage
- ☑ Car
- ☐ Credit card
- ☐ Loan repayment
- ☐ Suppliers or vendors
- ☐ Other _____

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

   - ☑ No
   - ☐ Yes. List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

   Include payments on debts guaranteed or cosigned by an insider.

   - ☑ No
   - ☐ Yes. List all payments that benefited an insider.

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   - ☑ No
   - ☐ Yes. Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☑ No
    ☐ Yes. Fill in the details for each gift or contribution.

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☑ No
    ☐ Yes. Fill in the details.

| **Part 7:** | **List Certain Payments or Transfers** |

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☑ No
☐ Yes.  Fill in the details.

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes.  Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes.  Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes.  Fill in the details.

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes.  Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes.  Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes.  Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23.   **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■   *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■   *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■   *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.   **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

25.   **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Fill in the details.

26.   **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

|  | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Redondo Tile & Stone LLC**<br>Business Name | | EIN: 4  5 – 5  3  5  3  6  4  4 |
| **12118 Radium St.**<br>Number    Street | Name of accountant or bookkeeper | |
| _____ | | Dates business existed |
| **San Antonio      TX   78216**<br>City                State   ZIP Code | | From _____   To _____ |

|  | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Forza Construction Inc.**<br>Business Name | | EIN: 2  7 – 0  6  4  4  2  9  9 |
| **12118 Radium St.**<br>Number    Street | Name of accountant or bookkeeper | |
| _____ | | Dates business existed |
| **San Antonio      TX   78216**<br>City                State   ZIP Code | | From _____   To _____ |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Gustavo A. Hermosillo**                          X **/s/ Yvette L. Hermosillo**
Gustavo A. Hermosillo, Debtor 1                          Yvette L. Hermosillo, Debtor 2

Date    **07/20/2017**                                   Date    **07/20/2017**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| Debtor 1 | **Gustavo** | **A.** | **Hermosillo** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Yvette** | **L.** | **Hermosillo** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-51488**
(if known)

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Hold Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bank of America** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: **2012 Range Rover** | | |
| Creditor's name: **FirstMark Credit Union** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: **F-450** | | |
| Creditor's name: **FirstMark Credit Union** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: **2010 Ford F-150 (approx. 125000 miles)** | | |

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **IBC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: **homestead** | | |
| Creditor's name: **Wells Fargo** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Description of property securing debt: **homestead** | | |

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will this lease be assumed? |
|---|---|
| Lessor's name: **Ernest Sable** | ☐ No |
| Description of leased property: **12118 Redlion** | ☑ Yes |

## Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Gustavo A. Hermosillo**                          X **/s/ Yvette L. Hermosillo**
Gustavo A. Hermosillo, Debtor 1                            Yvette L. Hermosillo, Debtor 2

Date  **07/20/2017**                                        Date  **07/20/2017**
MM / DD / YYYY                                              MM / DD / YYYY

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  **Gustavo A. Hermosillo**          Case No.  **17-51488**
     **Yvette L. Hermosillo**

                                                Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................................... | **$3,835.00** |
| Prior to the filing of this statement I have received........................................................ | **$2,500.00** |
| Balance Due................................................................................................................. | **$1,335.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


| | |
|---|---|
| _____**07/20/2017**_____ | **/s/ Dean W. Greer**_____ |
| *Date* | *Dean W. Greer*          Bar No.  08414100 |
| | Dean W. Greer |
| | 2929 Mossrock, Suite 117 |
| | San Antonio, TX 78230 |
| | Phone: (210) 342-7100 / Fax: (210) 342-3633 |

---

__**/s/ Gustavo A. Hermosillo**_____

**Gustavo A. Hermosillo**

__**/s/ Yvette L. Hermosillo**_____

**Yvette L. Hermosillo**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Gustavo A. Hermosillo**
         **Yvette L. Hermosillo**

CASE NO   **17-51488**

CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/20/2017 _____

Signature  _/s/ Gustavo A. Hermosillo_____
                  **_Gustavo A. Hermosillo_**

Date  7/20/2017 _____

Signature  _/s/ Yvette L. Hermosillo_____
                  **_Yvette L. Hermosillo_**

```
AAIR Stone Oak
19260 Stone Oak Pkwy Ste. 101
San Antonio TX 78258-3370


American Express
PO Box 981535
El Paso, Texas 79998-1535


American Express
Global Merchant Services
P. O. Box 299051
Ft. Lauderdale, FL 33329-9051

Arcomex
Desviacion A Bane KM 1 S/N
Colonia Bane
Aculco Estado de Mexico 50381

ARSI
555 St. Charles Drive, Ste. 100
Thousand Oaks, CA 91360


Arte en Cantera
2900 N. McColl
McAllen TX 78501


Attorney General of the U.S.
10th & Const. Ave. N.W.#5111
Washington, D.C. 20530


Bank of America
P. O. Box 45224
Jacksonville, FL 32232-5224


BBVA Compass
PO Box 2210
Decatur, AL 35699


BBVA Compass
PO Box 11830
Birmingham AL 35202
```

Best Buy
PO Box 790441
ST. LOUIS MO 63179


Bexar County Tax Assessor
P.O. Box 2903
San Antonio, TX 78299-2903
Attn: Albert Uresti

Chase
PO Box 15123
Wilmington DE 19850-5123


Chase
P.O.Box 29550
Mailcode AZ1-1004, 17th
Phoenix, AZ 85038

Chase
PO Box 15298
Wilmington DE 19850


Citi Cards
P. O. Box 6500
Sioux Falls, SD 57117


Clinical Pathology Laboratories
P. O. Box 141669
Austin, TX 78714-1669


Comptroller of Public Accounts
P. O. Box 13528
Austin, TX 78711-3528


Convergent Outsourcing
P. O. Box 9004
Renton, WE 98057


Degrasse & Rolnick
1800 Bering Drive, Ste. 1000
Houston, TX 77057

Dillards
P O Box 10347
Des Moines, IA 50306


Drew Eckl & Farnham
235 Peachtree St. NE Ste. 1900
Atlanta GA 30303


ESI Masonry Supply
2555 N. Interstate Hwy 35
Georgetown TX 78628


Farmer's Insurance
PO Box 2847
Grand Rapids MI 49501-2847


FirstMark Credit Union
P. O. Box 701650
San Antonio, TX 78270


Forza Construction Inc.
12118 Radium St.
San Antonio TX 78216-2717


Forza Construction Inc.
12118 Radium St.
San Antonio, TX 78216-2717


Garza Masonry Stone Inc
PO Box 27245
San Antonio TX 78227-0245


IBC
PO Box 659808
San Antonio, TX 78265


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114


Linebarger Goggan Blair & Sampson LLP
711 Navarro Ste #300
San Antonio, Texas 78205


Love Loft
Comenity Bank
P. O. Box 182125
Columbus, OH 43218

LSO
PO Box 149225
Austin TX 78714


LTD Financial Services
7322 SW Freeway #1600
Houston, TX 77074


Nationwide Credit Inc
PO Box 14581
Des Moines IA 50306-3581


Rausch Sturm Israel Enerson Hornik LLC
15660 N. Dallas Parkway, Suite 350
Dallas TX 75248


Redondo Tile & Stone LLC
12118 Radium St.
San Antonio TX 78216


Robert S. Gitmeid & Assoc.Aty
11 Broadway, Ste 1515
New York, NY 10004


Roland Martinez
848 Rhapsody Dr.
San Antonio TX 78216

San Antonio Gastro Endo Ctr.
20650 Stone Oak Pkwy Ste. 105
San Antonio TX 78258


Sears
PO Box 6282
Sioux Falls SD 57117-6282


Security Service Federal Credit Union
P. O. Box 691510
San Antonio, Texas 78269


Southeastern Freight Lines, Inc.
PO Box 100104
Columbia SC 29202-3104


Southeastern Logistics Solution
1 C. Trotter Rd.
West Columbia SC 29169


Synchrony Bank
PO Box 965061
Orlando FL 32896-5061


Synter Resource Group. LLC
5935 Rivers Ave, Ste 102
Charleston, SC 29406-6071


Terminix
10022 IH 35 North
San Antonio, Texas 78233-6615


Tiger Sanitation
P. O. Box 200143
San Antonio, TX 78220


U. S. Attorney/IRS
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78295-1539

U. S. Trustee
615 E. Houston St. Room 533
San Antonio, Texas 78205


Verizon Wireless
455 Duke Drive
Franklin TN 37067


Wells Fargo
PO Box 10335
Des Moines IA 50306

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gustavo** | **A.** | **Hermosillo** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yvette** | **L.** | **Hermosillo** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-51488**
(if known)

☐ Check if this is an amended filing

# Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:    Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

   ☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   　　☐ No. Go to line 3.

   　　☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

   　　☐ No. Complete Form 122A-1. Do not submit this supplement.

   　　☐ Yes. Check any one of the following categories that applies:

   　　　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

   　　　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

   　　　　☐ **I am performing a homeland defense activity for at least 90 days.**

   　　　　☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

**Fill in this information to identify your case:**

| Debtor 1 | **Gustavo** | **A.** | **Hermosillo** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Yvette** | **L.** | **Hermosillo** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-51488**
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

### Part 1:  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

> **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

|  | Column A | Column B |
|---|---|---|
|  | *Column A*<br>Debtor 1 | *Column B*<br>Debtor 2 or<br>non-filing spouse |

**5.    Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |  |  |  |
| Ordinary and necessary operating expenses | − _____ | − _____ |  |  |  |
| Net monthly income from a business, profession, or farm | _____ | _____ | Copy here ➔ | _____ | _____ |

**6.    Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |  |  |  |
| Ordinary and necessary operating expenses | − _____ | − _____ |  |  |  |
| Net monthly income from rental or other real property | _____ | _____ | Copy here ➔ | _____ | _____ |

**7.    Interest, dividends, and royalties**                                       _____  _____

**8.    Unemployment compensation**                                          _____  _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you............................................................................  _____

For your spouse...............................................................  _____

**9.    Pension or retirement income.**  Do not include any amount received that     _____  _____
was a benefit under the Social Security Act.

**10.   Income from all other sources not listed above.**  Specify the source and
amount.  Do not include any benefits received under the Social Security Act
or payments received as a victim of a war crime, a crime against humanity,
or international or domestic terrorism.  If necessary, list other sources on a
separate page and put the total below.

_____     _____  _____

_____     _____  _____

Total amounts from separate pages, if any.                    + _____  + _____

**11.   Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.       [_____] + [_____] = [_____]

**Total current
monthly income**

| **Part 2:** | **Determine Whether the Means Test Applies to You** |

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11.......................................................**Copy line 11 here** ➜ 12a. [        ]

Multiply by 12 (the number of months in a year). **X    12**

12b. The result is your annual income for this part of the form. 12b. [        ]

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. [        ]

Fill in the number of people in your household. [        ]

Fill in the median family income for your state and size of household.............................................................. 13. [        ]

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

| **Part 3:** | **Sign Below** |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X /s/ Gustavo A. Hermosillo**

Gustavo A. Hermosillo, Debtor 1

Date **7/20/2017**

MM / DD / YYYY

**X /s/ Yvette L. Hermosillo**

Yvette L. Hermosillo, Debtor 2

Date **7/20/2017**

MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

# Current Monthly Income Calculation Details

In re: **Gustavo A. Hermosillo**
**Yvette L. Hermosillo**

Case Number: **17-51488**
Chapter: **7**

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2017

# Underlying Allowances (as of 06/29/2017)

In re: **Gustavo A. Hermosillo**
      **Yvette L. Hermosillo**

Case Number: **17-51488**
Chapter: **7**

| Median Income Information | |
|---|---|
| State of Residence | **Texas** |
| Household Size | **2** |
| Median Income per Census Bureau Data | **$61,704.00** |

| National Standards: Food, Clothing, Household Supplies, Personal Care, and Miscellaneous | |
|---|---|
| Region | **US** |
| Family Size | **2** |
| Gross Monthly Income | **$0.00** |
| Income Level | **Not Applicable** |
| Food | **$612.00** |
| Housekeeping Supplies | **$65.00** |
| Apparel and Services | **$138.00** |
| Personal Care Products and Services | **$63.00** |
| Miscellaneous | **$254.00** |
| Additional Allowance for Family Size Greater Than 4 | **$0.00** |
| Total | **$1,132.00** |

| National Standards: Health Care (only applies to cases filed on or after 1/1/08) | |
|---|---|
| **Household members under 65 years of age** | |
| Allowance per member | **$49.00** |
| Number of members | **0** |
| Subtotal | **$0.00** |
| **Household members 65 years of age or older** | |
| Allowance per member | **$117.00** |
| Number of members | **0** |
| Subtotal | **$0.00** |
| **Total** | **$0.00** |

| Local Standards: Housing and Utilities | |
|---|---|
| State Name | **Texas** |
| County or City Name | **Bexar County** |
| Family Size | **Family of 2** |
| Non-Mortgage Expenses | **$503.00** |
| Mortgage/Rent Expense Allowance | **$1,075.00** |
| Minus Average Monthly Payment for Debts Secured by Home | **$0.00** |
| Equals Net Mortgage/Rental Expense | **$1,075.00** |
| Housing and Utilities Adjustment | **$0.00** |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2017

# Underlying Allowances (as of 06/29/2017)

In re: **Gustavo A. Hermosillo**
**Yvette L. Hermosillo**

Case Number: **17-51488**
Chapter: **7**

| Local Standards: Transportation; Vehicle Operation/Public Transportation | |
|---|---|
| Transportation Region | **South Region** |
| Number of Vehicles Operated | **2 or more** |
| Allowance | **$430.00** |

| Local Standards: Transportation; Additional Public Transportation Expense | |
|---|---|
| Transportation Region | **South Region** |
| Allowance (if entitled) | **$189.00** |
| Amount Claimed | **$0.00** |

| Local Standards: Transportation; Ownership/Lease Expense | | |
|---|---|---|
| Transportation Region | **South Region** | |
| Number of Vehicles with Ownership/Lease Expense | **1** | |
| | **First Car** | **Second Car** |
| Allowance | **$485.00** | |
| Minus Average Monthly Payment for Debts Secured by Vehicle | **$0.00** | |
| Equals Net Ownership / Lease Expense | **$485.00** | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2017

| Fill in this information to identify your case: | | |
| --- | --- | --- |
| Debtor 1 | **Gustavo** | **A.** | **Hermosillo** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yvette** | **L.** | **Hermosillo** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number   **17-51488**
(if known)

☐ Check if this is an
   amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended
schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:     Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
| --- | --- | --- |
| **1.** | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a.  Copy line 55, Total real estate, from Schedule A/B............................................................ | **$500,000.00** |
| | 1b.  Copy line 62, Total personal property, from Schedule A/B................................................ | **$86,816.70** |
| | 1c.  Copy line 63, Total of all property on Schedule A/B........................................................ | **$586,816.70** |

## Part 2:     Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
| --- | --- | --- |
| **2.** | *Schedule D: Creditors Who Have Claims Secured by Property*  (Official Form 106D) | |
| | 2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$322,741.69** |
| **3.** | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... | **$63,866.00** |
| | 3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$406,021.69** |
| | **Your total liabilities** | **$792,629.38** |

## Part 3:     Summarize Your Income and Expenses

| | | |
| --- | --- | --- |
| **4.** | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I................................................................ | **$7,800.00** |
| **5.** | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J............................................................. | **$7,931.00** |

## Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

   **Total claim**

   From Part 4 on *Schedule E/F,* copy the following:

   9a. Domestic support obligations. (Copy line 6a.)

   _____

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)

   _____

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)

   _____

   9d. Student loans. (Copy line 6f.)

   _____

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)

   _____

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)

   **+** _____

   9g. **Total.** Add lines 9a through 9f.

   _____